UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------x

IN THE MATTER OF THE COMPLAINT    :
                                         06 Civ. 0699 (LMM)
              of                  :      consolidated with:
                                         06 Civ. 3061 (LMM) and
ANDREW HARNETT, as owner of       :      06 Civ. 3062 (LMM)
Vessel M/V Ready Jet Go for
Exoneration from or Limitation of :      <u>MEMORANDUM AND ORDER</u>
Liability,
                                  :

                  Petitioner.
                                  :
----------------------------------x

McKENNA, D.J.


As directed at the conference held today:

All fact discovery is to be completed not later than March 8, 2011.

All expert discovery is to be completed not later than June 10, 2011.

Counsel for claimant Nina Runsdorf is to produce all expert reports not later than March 18, 2011, and all documents that will be referred to in any expert report not later than February 18, 2011.

Counsel for plaintiff Nina Runsdorf is to send to all other counsel a proposed confidentiality order, not later than February 18, 2011.

A pretrial conference will be held on June 8, 2011 at 3:00 P.M.

SO ORDERED.

Dated:   February 4, 2011

_____
Lawrence M. McKenna
U.S.D.J.

2