# NAPOLI BERN RIPKA LLP

Attorneys·At·Law

October 7, 2011

**BY HAND**
Honorable Lawrence M. McKenna
United States District Judge
United States District Court
Daniel Patrick Moynihan
500 Pearl Street
NY, NY 10007

**MEMO ENDORSED**

```
RECEIVE
IN CHAMBERS

OCT 1 1 2011

LAWRENCE M. McKENNA
USDJ     SDNY
```

Re:   *In The Matter Of The Complaint Of ANDREW HARNETT, As Owner Of
      Vessel M/V READY JET GO*
      Docket No.: 06-0699 (LMM)

      *In The Matter Of Peter J. Sharp Boathouse, Inc., As Owner Of The
      Floating Vessel Constituting The Boat House, Seeking Exoneration From
      Or Limitation Of Liability*
      Docket No.: 06 Civ. 3061 (LMM)

      *In The Matter Of New York Rowing Association, Inc. As Owner Of A
      2001, Coxless Empacher Rowing Shell, Seeking Exoneration From Or
      Limitation Of Liability*
      Docket No.: 06 Civ. 3062 (LMM)

      *And a fourth related case.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED: 10/13/2011
```

Dear Hon. McKenna:

We write on behalf of the Runsdorf Claimants to request an extension of the deadline of filing oppositions to the motions in limine and for summary judgment made by Petitioners Peter J. Sharp Boathouse, Inc., New York Rowing Association Inc., and Andrew Harnett. These motions were filed last week. Due to the volume and number of motions made by petitioners, the Runsdorf Claimants request an extension to *Wednesday October 19th, 2011;* with a reply *due November 2, 2011.*

The Runsdorf Claimants have proposed the extension to counselors Michael Stern, Esq., and Lawrence Brennan, Esq., and neither had an objection to our request for an extension.

With respect to the scheduled trial, all parties are also asking for an adjournment of the October 31, 2011 date. The Runsdorf Claimants and Petitioners Peter J. Sharp Boathouse, Inc., New York Rowing Association Inc., have agreed to mediate the case before December 15, 2011; and would also like a conference with your Honor at or

*Granted. Trial adjourned without date. So ordered.*
*(LMM) 10/13/11*

around that time as well.  Petitioner Harnett is seeking authorization for the mediation with his client, but does not have any opposition to the remaining parties scheduling same.

Please do not hesitate to contact the undersigned should you have any questions or concerns.

Very truly yours,
Napoli Bern Ripka, LLP

Marina Zapantis, Esq.

*And*

Tabak, Mellusi & Shisha, LLP

Jacob Shisha, Esq.

cc:
Wilson Elser Moskowitz Edelman & Dicker, LLP
150 E. 42nd St.
New York, NY 10017
Attn: Lawrence B. Brennan, Esq./ Abigail Nikta, Esq.

Rubin Fiorella & Friedman, LLP
292 Madison Ave.
New York, NY 10017
Attn: James M. Mercante, Esq./ Michael Stern, Esq.