Lawrence B. Brennan (LB 4078)
Brooke Travis (BT 2355)
Abigail Nitka (AN 8780)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Attorneys for NEW YORK ROWING ASSOCIATION, INC. and
PETER J. SHARP BOATHOUSE, INC.
150 East 42nd Street
New York, New York 10017
(212) 490-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

In the Matter of the Complaint of Andrew Harnett, as owner of
vessel M/V READY JET GO for Exoneration from or Limitation
of Liability.

                and

In the Matter of Peter J. Sharp Boathouse, Inc., as owner of the
floating vessel constituting the boathouse, seeking exoneration
from or limitation of liability.

**1:06-cv-00699(LMM)(GWG)**
**consolidated with:**
**1:06-cv-03061(LMM)(GWG), and**
**1:06-cv-03062(LMM)(GWG)**

                and

In the Matter of New York Rowing Association, Inc., as owner of
a 2001, coxless Empacher rowing shell, seeking exoneration from
or limitation of liability.

------------------------------------------------------------------------X


**AFFIDAVIT OF LAWRENCE B. BRENNAN IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT
ON BEHALF OF
NEW YORK ROWING ASSOCIATION, INC. and
PETER J. SHARP BOATHOUSE, INC.**

1

I, Lawrence B. Brennan, being duly sworn and deposed says:

1. I am a member of the Bar of this Court, the firm Wilson Elser Moskowitz Edelman & Dicker LLP, and I am the attorney of record for petitioner, Peter J. Sharp Boathouse, Inc., and petitioner/claimant New York Rowing Association. I am fully familiar with the facts of this matter based upon personal knowledge and review of the file maintained by my office.

2. I submit this attorney's affidavit to introduce and to summarize evidence in support of the Motion for Summary Judgment filed by the New York Rowing Association, Inc. and the Peter J. Sharp Boathouse, Inc.

3. The following Exhibits are annexed and respectfully submitted:

    Exhibit A: A true and correct copy of Nina and Lee Runsdorfs' Response to Peter J. Sharp Boathouse, Inc. and New York Rowing Association, Inc.'s Request for Admissions, served in these consolidated actions on September 27, 2011.

    Exhibit B: True and correct copies of referenced pages of the transcript of the Deposition of Edward Joyce taken in these consolidated actions on September 28, 2010.

    Exhibit C: True and correct copies of referenced pages of the transcript of the Deposition of Vincent Houston taken in these consolidated actions on August 24, 2010.

    Exhibit D: True and correct copies of referenced pages of the transcript of the Deposition of Jeff Lundwall taken in these consolidated actions on November 11, 2010.

Exhibit E: The Rules of the New York Rowing Association in place at the time of the collision, Bates stamped PJNY 5-7.

WHEREFORE, it is respectfully requested that the Court grant the Motion for Summary Judgment filed on behalf of the New York Rowing Association and the Peter J. Sharp Boathouse, and grant the Rowing Association and the Boathouse such other and further relief as may be just and proper.

_____
Lawrence B. Brennan

Sworn to before me this
_11_ day of April, 2012.

_____
Notary Public

## **CERTIFICATE OF SERVICE**

I, Brooke Travis, hereby certify that I electronically filed the attached Attorney's Affidavit of Lawrence B. Brennan in Support of the Motion for Summary Judgment filed on behalf of the New York Rowing Association and the Peter J. Sharp Boathouse, with the Clerk of the Court using the CM/ECF system which will send notification of such filing electronically to the following:

Marc Jay Bern, Esq.
Napoli Bern Ripka Shkolnik, LLP
*Attorneys for the Runsdorf Claimants*
350 5th Ave., Ste. 7413
New York, New York   10118

Jacob Shisha, Esq.
Tabak, Mellusi & Shisha
*Attorneys for the Runsdorf Claimants*
29 Broadway
New York, New York   10006

James E. Mercante, Esq.
Michael Evan Stern, Esq.
Rubin, Fiorella & Friedman, LLP.
*Attorneys for Mr. Andrew Harnett*
292 Madison Avenue, 11th Fl.
New York, New York   10017

/s/  Brooke Travis

4