# EXHIBIT E




**Peter Jay Sharp Rowing Club,** A New York Rowing Association organization.
www.nyrowing.org

## The Rules

The Rules govern the conduct of all Peter Jay Sharp members and their guests. Failure of any member or guest to comply with the Rules shall result in disciplinary action by the Trustees, including, but not limited to, suspension of rowing privileges, suspension of boathouse privileges, forfeiture of membership dues, termination of membership, and civil or criminal prosecution.

These Rules shall be posted in the boathouse where they are clearly visible. Copies of the Rules will be made available to every Sharp member. Payment of dues constitutes an agreement on the part of each member to abide by the Rules.

The Trustees in making these Rules assume no responsibility, either express or implied, for the personal safety or welfare of any person. The Rules are published to remind members and their guests to be responsible for their own safety and that of other rowers using the river. The Rules are intended to help rather than hinder members in pursuing the sport of rowing.

I. General Rules

Every member is responsible for the observance and enforcement of the Rules, and it is his or her duty to report any violation of the Rules to the Officers or Trustees.

The Officers shall have complete authority over supervised rowing sessions, club racing, all club equipment, shell storage area, docks and ramps.

Members may not use privately owned equipment without the express permission of the owner

Members must accompany their guests and shall be held strictly responsible for their conduct. All guests must sign a release waiver prior to using any equipment. Guests who use the club equipment more than four times per year will be billed for membership.

Only members who are current on their dues and fees may use the boathouse facility and club equipment.

Only expressly authorized Officers or Trustees may represent New York Rowing Association

When an Officer or Trustee is not present, the club coach shall be authorized to resolve all equipment disputes and conflicts.

II. Rowing Procedures

All rowers must sign in and out of the Club Log Book ("Log Book") completing all information requested: time on and off the water, equipment used, miles rowed, direction rowed, etc.

All equipment problems with club shells must be recorded in the Equipment Repair Log, and the Captain must be notified immediately. Equipment not fit for use shall be clearly marked, "UNSAFE—DO NOT USE."

After each row, members must wash shells and return all equipment to its proper place.

Launches shall not idle at the dock and are to observe "No Wake" zones posted in dock areas.

Launches may <u>only</u> be used for coaching and safety by members previously authorized by the Captain, or during an emergency.

Rowers shall not respond to hostile comments made by spectators or other persons on bridges or the shore.

The cost of equipment damage due to negligence is the responsibility of the person or crew using the equipment at that time. Negligence is defined as damaging equipment while carrying it from the boathouse to the dock or from the dock to the boathouse; damaging equipment when placing




**Peter Jay Sharp Rowing Club,** A New York Rowing Association organization.
www.nyrowing.org

it into the water or when taking it out of the water; and damaging equipment by colliding with other shells or stationary objects.

When club equipment is used:

1. reservations must be logged on the club equipment calendar;
2. reservations may be made no earlier than one week prior to the scheduled row;
3. shells cannot be reserved during supervised rowing hours or during program hours. Regatta entries shall take precedence over regular club reservations.

Club equipment may not be taken to regattas without the express permission of the Captain.

All boats must have a bow ball.

III. Safety

All rowers under the age of 18 must be supervised at all times by a responsible adult. A list of responsible adults will be posted at the boathouse and kept up-to-date by the Captain.

No rower under the age of 18 shall be permitted to row unescorted on the water without prior approval by the Captain. A list of rowers under the age of 18 who are allowed to row unescorted on the water will be posted at the boathouse and kept up-to-date by the Captain. This list will also detail the specific boats allowed to be rowed.

All rowers must know how to swim.

There is no swimming off of the docks at any time for any reason.

All boats shall display proper lights in darkness or periods of reduced visibility as required by the United States Coast Guard Inland Rules. Members must provide their own lights.

In case of swamping or flipping, rowers shall remain with equipment, which shall be used as a flotation device.

All shells are to give way to motorized watercraft.

Rowing is NOT permitted during thunderstorms or when ice is present on the river.

Nereid strongly advises against rowing in darkness unescorted or in a boat that is improperly lighted. High school rowers may row only during daylight hours.

i. All members shall become familiar with and obey the United States Rowing Association's (USRA) water safety procedures. Said water safety procedures are incorporated herein by reference. Copies are available at the boathouse.

IV. River Traffic Patterns

A starboard or right hand rule is in effect on the River. Pass shells on the left or port side only.

Blind boats shall have the right of way over coxswained boats.

All shells must launch and launch with the bow facing against the tide.

PJNY0000000006




**Peter Jay Sharp Rowing Club,** A New York Rowing Association organization.
www.nyrowing.org

---

V. Boathouse Grounds

Littering is absolutely prohibited on or about boathouse property, docks, or on the River.

Shouting or other unnecessary noise is not permitted on boathouse property or docks. This includes excessively loud radios.

Illegal parking is not allowed on club property or in front of the boathouse.

Loitering is not permitted on or in front of boathouse property.

No horse-playing near equipment.

The last member in the boathouse shall lock all doors and windows, as well as the front gate.

VI. Boathouse Rules

Minors must be accompanied by a guardian or coach.

Guests must be accompanied by members.

Members who wish to have parties in the boathouse must coordinate facility rentals with New York Rowing Association staff.. Rules of the rental agreement will apply.

Members or guests may not stay in the boathouse overnight.

Minors may not use the shower facilities unless supervised by a guardian.

No one under age twenty-one (21) will be given keys to the boathouse.

Minors may not use locker facilities.

Keys to the boathouse may not be duplicated, loaned, or given away

Smoking is prohibited in the boathouse.

The use of spray paint in the boat bays is forbidden

Extensive refinishing or repairing of boats in the boathouse is only permitted during the off-season.

Water containers, food, clothing and all other forms of personal property may not be left in the boathouse, unless kept in a locker. Non-perishable items outside lockers will be collected weekly, stored in a designated area for one week, and then disposed of.

Lockers and contents must be cleaned regularly.

---

The club bulletin board shall only be used for posting regatta announcements, equipment sales, meeting times.

Vandalism of any kind shall result in termination of the offending party's membership, and may result in civil or criminal prosecution.